IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FORT DEFIANCE INDIAN HOSPITAL
BOARD INC.,

      Plaintiff,

v.                                                     No. 24-cv-00606-KG-JMR

XAVIER BECERRA, SECRETARY, U.S.
DEPARTMENT OF HEALTH AND HUMAN
SERVICES, and UNITED STATES OF
AMERICA,

      Defendants.

## ORDER GRANTING STAY OF PROCEEDINGS

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Stay Proceedings (Doc. 25), and having considered the Motion, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the proceedings in this care are stayed.

IT IS FURTHER ORDERED that the Parties shall file a joint status report on or before November 6, 2024, relating to this stay of proceedings.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

APPROVED/SUBMITTED BY:

*/s/ Roberto D. Ortega, 9/5/24*
ROBERTO D. ORTEGA
Assistant United States Attorney
Counsel for Defendants

*/s/ Rebecca Patterson 9/5/24*
REBECCA PATTERSON
Sonosky, Chambers, Sachse, Miller
  & Monkman, LLP
Counsel for Plaintiff